# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

SKELTON TRUCK LINES LTD.,
an Ontario, Canada Corporation

                Plaintiff,

v.

                                                    Civil No. 16-46 (JRT/JSM)

PEOPLENET COMMUNICATIONS
CORPORATION, a Minnesota Corporation,

and                                                   **ORDER**

PEOPLENET COMMUNICATIONS
CANADA CORP., a Nova Scotia,
Canada Corporation ,

                Defendants.

---

    William H. Shawn, **SHAWN COULSON, LLP,** 1850 M Street, NW, Suite 280, Washington, DC 20036-5804, Steven J. Wells, Sydney H. Crowder, **DORSEY & WHITNEY LLP,** 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402-1498 for plaintiff.

    Deborah Ellingboe, Elsa Bullard, Staci Perdue, **FAEGRE BAKER DANIELS LLP,** 90 South Seventh Street, Suite 2200, Minneapolis, MN 55402-3901, for defendants.

    This matter is before the Court on Plaintiff's Unopposed Motion to Extend Time for Filing its Objections to Magistrate Judge Mayeron's January 18, 2017, Report and Recommendation,

    **IT IS HEREBY ORDERED** that Plaintiff's time to respond to the Report and Recommendation is extended to and includes, February 10, 2017.

Dated: January 30, 2017
at Minneapolis, Minnesota

                                            s/John R. Tuhheim_____
                                            JOHN R. TUNHEIM
                                            Chief Judge
                                            United States District Court